# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Moses, Barbara | 2. Court or Organization  United States District Court | 3. Date of Report  06/28/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Magistrate Judge, full-time | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☑ Initial  ☐ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2015  to  05/29/2016 |

**7. Chambers or Office Address**

United States District Court
500 Pearl Street, Room 920
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Visiting Clinical Professor | Seton Hall University School of Law |
| 2. Counsel | Morvillo Abramowitz Grand Iason & Anello P.C. |
| 3. Past President, Director | New York County Lawyers' Association |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 7/1/2011 | Employment Agreement with Morvillo Abramowitz firm, contains provision re post-termination fees |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara | 06/28/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Seton Hall University School of Law - Visiting Clinical Professor | $60,496.71 |
| 2. | 2015 | Morvillo Abramowitz - Counsel | $16,802.89 |
| 3. | 2014 | Seton Hall University School of Law - Visiting Clinical Professor | $92,206.40 |
| 4. | 2014 | Morvillo Abramowitz - Counsel | $5,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Self-employed - consultant |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara | 06/28/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T Common Stock | B | Dividend | K | T | Exempt | | | | |
| 2. Berkshire Hathaway Class A Common Stock | | None | P2 | T | Exempt | | | | |
| 3. Cisco Systems Common Stock | A | Dividend | J | T | Exempt | | | | |
| 4. Citigroup Common Stock | A | Dividend | K | T | Exempt | | | | |
| 5. Crimson Wine Group Common Stock | | None | J | T | Exempt | | | | |
| 6. Doubleline Core Fixed Income Mutual Fund | D | Dividend | M | T | Exempt | | | | |
| 7. Goldman Sachs Muni Income Fund A Mutual Fund | C | Dividend | L | T | Exempt | | | | |
| 8. Ironwood Pharmaceuticals Class A Common Stock | | None | P1 | T | Exempt | | | | |
| 9. iShares iBoxx Investment Grade Corporate Bond ETF | C | Dividend | M | T | Exempt | | | | |
| 10. iShares MSCI EAFE ETF | C | Dividend | M | T | Exempt | | | | |
| 11. JM Smuckers Company Common Stock | B | Dividend | L | T | Exempt | | | | |
| 12. Leucadia National Corporation Common Stock | A | Dividend | K | T | Exempt | | | | |
| 13. Liberty Media Corporation Class A Common Stock | | None | J | T | Exempt | | | | |
| 14. Liberty Media Corporation Class C Common Stock | | None | J | T | Exempt | | | | |
| 15. Lowe's Companies Common Stock | A | Dividend | K | T | Exempt | | | | |
| 16. Matthews Asian Growth and Income Mutual Fund | C | Dividend | L | T | Exempt | | | | |
| 17. PowerShares Water Resources ETF | A | Dividend | J | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara | 06/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Schwab Total Bond Market Mutual Fund | D | Dividend | M | T | Exempt | | | | |
| 19. The Southern Company Common Stock | A | Dividend | | | Exempt | | | | |
| 20. SPDR S&P 500 ETF | E | Dividend | O | T | Exempt | | | | |
| 21. T. Rowe Price International Stock Mutual Fund | A | Dividend | J | T | Exempt | | | | |
| 22. Templeton Global Bond Mutual Fund | D | Dividend | L | T | Exempt | | | | |
| 23. Templeton Global Income Mutual Fund | B | Dividend | J | T | Exempt | | | | |
| 24. Tootsie Roll Industries Common Stock | B | Dividend | K | T | Exempt | | | | |
| 25. Vanguard Extended Market ETF | B | Dividend | M | T | Exempt | | | | |
| 26. Vanguard Extended Market Mutual Fund | B | Dividend | L | T | Exempt | | | | |
| 27. Vanguard FTSE Emerging Markets ETF | B | Dividend | L | T | Exempt | | | | |
| 28. Vanguard High Dividend Yield ETF | D | Dividend | N | T | Exempt | | | | |
| 29. Vanguard Intermediate-Term Tax-Exempt Mutual Fund | E | Dividend | N | T | Exempt | | | | |
| 30. Vanguard Limited-Term Tax-Exempt Mutual Fund | B | Dividend | L | T | Exempt | | | | |
| 31. Vanguard Short-Term Investment Grade Mutual Fund | C | Dividend | M | T | Exempt | | | | |
| 32. Vanguard Total Bond Market ETF | D | Dividend | M | T | Exempt | | | | |
| 33. Vanguard Total International Bond ETF | B | Dividend | M | T | Exempt | | | | |
| 34. Vanguard Total International Stock ETF | D | Interest | M | T | Exempt | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara | 06/28/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Schwab Government Securities Money Market | | None | K | T | Exempt | | | | |
| 36. Goldman Sachs Bank Deposit Money Market | C | Interest | P1 | T | Exempt | | | | |
| 37. US Treasury Note 4.5% 2/15/16 FA on the Run | A | Interest | J | T | Exempt | | | | |
| 38. NYC Transitional Finance Auth Rev 3% 11/1/18 | B | Interest | K | T | Exempt | | | | |
| 39. Israel 6.05% 5/1/2013 3rd Jubillee Issue | A | Interest | J | T | Exempt | | | | |
| 40. iShares Dow Jones International Select Dividend ETF | C | Dividend | | | Exempt | | | | |
| 41. Vanguard Limited-Term Tax-Exempt Mutual Fund | A | Dividend | | | Exempt | | | | |
| 42. Coca-Cola Company Common Stock | A | Dividend | | | Exempt | | | | |
| 43. Time Inc Common Stock | A | Dividend | | | Exempt | | | | |
| 44. Time Warner Income Common Stock | A | Dividend | | | Exempt | | | | |
| 45. Procter & Gamble Common Stock | A | Dividend | | | Exempt | | | | |
| 46. BB&T Corporation Common Stock | A | Dividend | | | Exempt | | | | |
| 47. JPMorgan Chase Bank Account | A | Interest | M | T | Exempt | | | | |
| 48. Bank of America Account | A | Interest | M | T | Exempt | | | | |
| 49. Citibank (IRA) (CD) | A | Interest | J | T | Exempt | | | | |
| 50. Citibank (IRA) Money Market | A | Interest | L | T | Exempt | | | | |
| 51. 401(k) Plan #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara | 06/28/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Federated US Treasury Cash Reserves I Mutual Fund | A | Dividend | L | T | Exempt | | | | |
| 53. - PIMCO High Yield Admin Mutual Fund | A | Dividend | L | T | Exempt | | | | |
| 54. - Lazard International Strategic Equity Mutual Fund | A | Dividend | K | T | Exempt | | | | |
| 55. - Goldman Sachs Growth Opportunities A Mutual Fund | A | Dividend | L | T | Exempt | | | | |
| 56. T.Rowe Price 2020 Mutual Fund | | None | M | T | Exempt | | | | |
| 57. 401(k) Plan #2 (H) | | | | | | | | | |
| 58. - IBM Common Stock | A | Dividend | J | T | Exempt | | | | |
| 59. - Large Company Index Fund | | None | J | T | Exempt | | | | |
| 60. - Interest Income Fund | | None | J | T | Exempt | | | | |
| 61. New York 529 Accounts (H) | | | | | | | | | |
| 62. - Moderate Age-Based Option: Conservative Growth Portfolio | B | Int./Div. | L | T | Exempt | | | | |
| 63. - Conservative Age-Based Option: Income Portfolio | A | Int./Div. | K | T | Exempt | | | | |
| 64. - Interest Accumulation Portfolio | A | Int./Div. | K | T | Exempt | | | | |
| 65. - Inflation-Protected Securities Portfolio | A | Int./Div. | K | T | Exempt | | | | |
| 66. Treasury Direct | Savings Bonds | E | Interest | N | T | Exempt | | | | |
| 67. Orrick Investments 2000 LLC | A | Distribution | J | U | Exempt | | | | |
| 68. Orrick Investments 2001 LLC | B | Distribution | J | U | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moses, Barbara** | 06/28/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII (Investments and Trusts), the New York 529 Account statements do not provide income detail. Therefore, dividend yield informaiton from a reputable data source was used and income was estimated for the reporting period on a best-efforts basis.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barbara Moses**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544